UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Tecumseh G. Hatfield,**
　　**Petitioner**

-vs-　　　　　　　　　　　　　　　Case No.   1:02-cr-45-3

**United States of America,**
　　**Respondent**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

　　**IT IS ORDERED AND ADJUDGED** that petitioner's motion to vacate sentence is **DENIED**.   Petitioner's motion to amend petition (doc. 94) is also **DENIED**.

　　A certificate of appealability shall not issue with respect to petitioner's claim for relief.  The Court further CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith and therefore **DENIES** any application by Petitioner for leave to appeal *in forma pauperis*.  See Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).  Petitioner remains fee to apply to proceed *in forma pauperis* in the Court of Appeals.

Date:　July 8, 2005　　　　　　　　　　　　　　　James Bonini, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　s/Mary C. Brown
　　　　　　　　　　　　　　　　　　　　　　　　Mary C. Brown, Deputy Clerk