IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JUL 28 AM 11:48

| | |
|---|---|
| TECUMSEH G. HATFIELD<br>    Petitioner | |
| -vs- | Civil No. 1:04-CV-205<br>Crim. No. 1:02-CR-45(3) |
| UNITED STATES OF AMERICA<br>    Respondent | |

NOTICE OF APPEAL

Comes now the Petitioner, Tecumseh G. Hatfield, pro se, and respectfully submits his notice of appeal to the Order entered on July 8, 2005, by the United States District Court for the Southern District of Ohio, Western Division, denying Petitioner Hatfield's motion to vacate his sentence under 28 U.S.C. § 2255. Mr. Hatfield appeals this Order to the United States Court Of Appeals for the Sixth Circuit located in Cincinnati, Ohio. Mr. Hatfield further notifies the Court that he will apply for a certificate of appealability, and permission to proceed in forma pauperis, to the Sixth Circuit Court Of Appeals since this Court has already denied the same.

*Tecumseh Hatfield*
Tecumseh G. Hatfield

CERTIFICATE OF SERVICE

I, Tecumseh G. Hatfield, hereby certify under the penalty of perjury that a true and accurate copy of the foregoing has been sent, via 1st Class U.S. Mail, postage prepaid, to Asst. U.S. Attorney Wende C. Cross; 221 East Fourth Street, Suite 400; Cincinnati, Ohio 45202, by depositing the same in the prison legal mailbox at F.C.I. Ashland, Kentucky on this, the 24 day of July, 2005.

*Tecumseh Hatfield*
Tecumseh G. Hatfield
Reg. No. 03561-061
F.C.I. Ashland
P.O. Box 6001
Ashland, Kentucky  41105