IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                            : CRIMINAL NO: CR-1-02-045-03
                                        : JUDGE BECKWITH

**TECUMSEH G. HATFIELD,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

    The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                    Respectfully submitted,

                                    GREGORY G. LOCKHART
                                    United States Attorney

                                  s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney
                                  Southern District of Ohio
                                  303 Marconi Boulevard, Suite 200
                                  Columbus, Ohio 43215-2401
                                  (614) 469-5715

N:\_ECF Workload\DSanders\Hatfield - Sat of Judg.wpd

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this _____10th_____ day of _____August_____, 2005 upon Defendant, Tecumseh G. Hatfield, 29 Deardoff, Franklin, OH 45005.

                                        s/ Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney