UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                        Case No.   1:02-cr-45-3

Tecumseh G. Hatfield,
    Defendant

# ORDER

On May 13, 2002, Glenn W. Hatfield posted as bond in behalf of the above named defendant, $2,500 in U.S. currency.  On October 8, 2002, the above named defendant was sentenced.

Therefore, the Court **ORDERS** that the $2,500 cash bond posted with this Court on May 13, 2002, be released to Glenn W. Hatfield, 29 Deardoff Drive, Franklin, Ohio 45005.

**SO ORDERED**.

July 18, 2006                        s/Sandra S. Beckwith
Date                                   Sandra S. Beckwith, Chief Judge
                                      United States District Court